IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD G. CRAYTON, JR.,

    **Petitioner,**

v.                                             CASE NO. 24-3161-JWL

CALVIN H. HAYDEN, Sheriff,
Johnson County,

    **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2241. At the time of filing, Petitioner was confined at the Johnson County Adult Detention Center in Olathe, Kansas ("JCADC"). On September 19, 2024, the Court entered a Notice of Deficiency (Doc. 2), ordering Petitioner to either pay the filing fee or to submit a motion for leave to proceed in forma pauperis by October 17, 2024. The order provides that if Petitioner fails to correct the deficiency by the deadline, "this action may be dismissed without prejudice and without further notice." (Doc. 2, at 2.)

The Court's Notice of Deficiency was mailed to Petitioner at the JCADS—his address of record. The Notice of Deficiency was returned to the Court with a notation indicating that Petitioner was not at that address and had been released. (Doc. 3.) Pursuant to the Johnson County Sheriff's Office, Petitioner was released from custody on September 18, 2024.

The Court's Local Rules provide that pro se parties "must notify the clerk of any change of address or telephone number." D. Kan. Rule 5.1(b)(3). Plaintiff has failed to provide that Court with an updated address and has failed to either pay the filing fee or to submit a motion for

1

leave to proceed in forma pauperis by the Court's deadline.  The Court dismisses this matter for failure to prosecute.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is **dismissed without prejudice** for failure to prosecute.

**IT IS SO ORDERED**.

**Dated October 18, 2024, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE**